## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 3rd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Bruce W. McCullough, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

_____
Mary E. Augustine (No. 4477)

607120v1